FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KRISTEN MENDEZ,
Plaintiff,
v.
JACK STOLLER; and DAWN HILL-KEARSE,
Defendants.

No. 2:26-CV-00209-SAB

**ORDER DISMISSING COMPLAINT; CLOSING FILE**

On July 28, 2026, the Court dismissed Plaintiff's Complaint with leave to amend. On August 19, 2026, the Court's Order was returned as undeliverable. Nothing has been filed since.

A party proceeding pro se is expected to keep the Court appraised of their current mailing address. LCivR 41(b)(2). If mail directed to a pro se party is returned undeliverable, and such an individual fails to notify the Court within 60 days thereafter of their current address, the Court may dismiss the action. *Id*.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint, ECF No. 1, is **DISMISSED**, without prejudice.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide copies to *pro se* Plaintiff, and **close** the file.

**DATED** this 20th day of November 2026.

Stan Bastian
Chief United States District Judge